```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section                              JS-6
YASIN MOHAMMAD
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 242798
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6968
   Facsimile: (213) 894-7177
   E-mail: Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>$15,000.00 IN U.S. CURRENCY,<br>$5,000.00 CASHIER'S CHECK DRAWN<br>FROM WELLS FARGO BANK CHECKING<br>ACCOUNT NO. '9483, AND $2,809.02<br>IN FUNDS FROM WELLS FARGO BANK<br>CHECKING ACCOUNT NO. '9483,<br><br>              Defendants.<br>_____<br>THANH TUAN NGUYEN, AKA THANH N.<br>NGUYEN,<br><br>              Claimant.<br>_____ | NO. EDCV 16-00154-SJO (DTBx)<br><br>**CONSENT JUDGMENT** |

1     Plaintiff United States of America ("the government") and
2  claimant Thanh Tuan Nguyen, aka Thanh N. Nguyen ("Claimant")
3  have entered into a stipulated request for the entry of this
4  consent judgment of forfeiture resolving all interests Claimant
5  may have had in the defendant assets, $15,000.00 in U.S.
6  Currency; $5,000.00 Cashier's Check drawn from Wells Fargo Bank
7  Checking Account No. '9483; and $2,809.02 in Funds from Wells
8  Fargo Bank Checking Account No. '9483 (collectively, "the
9  defendant assets").
10     The civil forfeiture action captioned above was commenced
11 on January 26, 2016.  Notice was given and published according
12 to law.  Claimant Thanh Tuan Nguyen filed a claim on March 08,
13 2016 (Dkt. No. 12), and an answer on April 12, 2016 (Dkt. No.
14 15).  No other claims or answers were filed and the time for
15 filing claims and answers have expired.
16     The Court has been duly advised of and has considered the
17 matter.  Based upon the mutual consent of the parties hereto and
18 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
19 **AND DECREES** that $20,528.12 in U.S. currency of the defendant
20 assets, plus all interest earned on the entirety of the
21 defendant assets since seizure, is hereby forfeited to the
22 United States, and no other right, title or interest shall exist
23 therein.  The remaining portion of the defendant assets,
24 $2,280.90 in U.S. currency, without any interest, shall be
25 returned to the Claimant.  The funds are to be made payable via
26 ACH deposit to the Claimant's attorney, Alex R. Kessel, Esq., at
27 Alex R. Kessel Law Offices, 15910 Ventura Boulevard, Suite 1030,
28 Encino, California 91436.  Alex R. Kessel shall provide the

information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant assets.

DATED:   May  20    , 2016

*S. James Otero*

HONORABLE S. James Otero
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ *Yasin Mohammad*
YASIN MOHAMMAD
Assistant United States Attorney


Attorney for Plaintiff
UNITED STATES OF AMERICA